IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE<br>MARITSSA RIOS GARCIA<br>HC 01 Box 6943<br>Gurabo, PR 00778<br>SSN xxx-xx-8470<br>   Debtor | BANKRUPTCY 16-00034 BKT<br>CHAPTER 13 |

**MOTION TO VALUE & DETERMINE SECURED STATUS
OF LIEN ON PERSONAL PROPERTY
Important Notice to Creditors
This is a Motion to Value Your Collateral**

This motion seeks to value collateral described below securing the claim of the creditor listed below and as proposed in Debtor's Amended Plan dated 1/13/2016 and any other amended Plan to be filed in this case:

IF YOU DISPUTE THE VALUE ALLEGED OR TREATMENT OF YOUR CLAIM PROPOSED IN THIS MOTION, YOU MUST FILE A WRITTEN OBJECTION NO LATER THAN 14 DAYS FROM THE NOTICE DATE OF THIS MOTION.

IF YOU HAVE NOT FILED A PROOF OF CLAIM, YOU HAVE UNTIL THE LATER OF THE CLAIMS BAR DATE OR 14 DAYS FROM THE DATE OF THIS MOTION WAS SERVED UPON YOU TO FILE A PROOF OF CLAIM OR YOU WILL BE DEEMED TO HAVE WAIVED THE RIGHT TO PAYMENT OF ANY UNSECURED CLAIM TO WHICH YOU MIGHT OTHERWISE BE ENTITLED.

1. Pursuant to 11 U.S.C. §506 and Fed. R. Bankr. P. 3012 the debtor seeks to value personal property securing the claim of **Syncb/Empresas Berrios** ("Lender").

2. _____ Lender's collateral consists of a motor vehicle and is particularly describes as follows:
    i. Year & model of motor vehicle:
    ii. Vehicle identification (VIN #):
    iii. Odometer reading:

_____X_____ Lender's collateral consists of a lien on personal property other than a motor vehicle and is particularly described as follows: **Bedroom Set** purchased on 1/1/2014 in amount of $1,413.

3. At the time of filing of this case, the value of the personal property is $500 as determined in debtor's opinion based on Flea Market sales and Salvation Army merchandise.

4. The undersigned has reviewed the docket and claims register and states: (select just one)

    _____X_____    Lender has not filed a proof of claim in this case. The trustee shall not disburse any payments to Lender unless a proof of claims is timely filed. In the event a proof of claim is timely filed, it shall be classified as a secured claim to the extent provided in ¶3, above, and as a general unsecured claim for any deficiency, regardless of the original classification in the proof of claim as filed. Lender's secured claim shall be paid through the Plan at 4.5% and in a total of $554.27.
    _____    Lender filed a proof of claim in this case. It shall be classified as a secured claim to the extent provided in ¶3, above, and as a general unsecured claim for any deficiency, regardless of the original classification in the Plan. Lender's secured claims shall be paid through the Plan at \_\_\_\_% and in a total of $\_\_\_\_\_.

5. The subject personal property may not be sold or refinanced without proper notice and further order of the Court.

    WHEREFORE the debtor respectfully requests an Order of the Court:

    a) Determining the value of the personal property in the amount asserted in this Motion,

    b) Determining the secured status of the Lender's lien as stated above,

    c) Determining that any timely filed proof of claim is classified as stated above, and

    d) Providing such other and further relief as is just.

NOTICE IS HEREBY GIVEN THAT:

1. In accordance with the rules of this Court, unless an objection is filed with the Court and served upon the debtor, the debtor's attorney, and the trustee within 14 days from the notice of this motion and prior to any hearing scheduled on this Motion, the value of the collateral may be established at the amount stated above without notice, hearing, or order

of the Court. Pursuant to Local Rule 3015-2, timely raised objections will be heard at the hearing scheduled on the Motion.

2. The undersigned acknowledges that this Motion and the notice of hearing thereon must be served pursuant to Bankruptcy Rule 7004 at least 14 days prior to the hearing date and that a certificate of service must be filed when the Motion and notice of hearing, if any, thereon are served.[1]

CERTIFICATE OF SERVICE: A copy of this Motion under Fed. R. Bankr. P. 3012 has been electronically filed and caused to be noticed to:

MONSITA LECAROZ ARRIBAS ustpregion21.hr.ecf@usdoj.gov

JOSE RAMON CARRION MORALES newecfmail@ch13-pr.com

CARLOS E PEREZ PASTRANA (SOA) on behalf of Creditor RELIABLE FINANCIAL SERVICES cperezp@reliablefinancial.com

Synch/Empresas Berrios via USPS mail at 950 Forrer Blvd., Kettering, OH 45420

Empresas Berrios via USPS mail at PO Box 674, Cidra 00739-0674.

In Caguas, Puerto Rico on February 14, 2016

RESPECTFULLY SUBMITTED,

s/*LA Morales*

LYSSETTE A MORALES VIDAL
USDC PR #120011
L.A. MORALES & ASSOCIATES P.S.C.
URB VILLA BLANCA
#76 AQUAMARINA STREET
CAGUAS PR 00725-1908
TEL (787)746-2434; FAX 258-2658
E-mail: lamoraleslawoffice@gmail.com

---

[1] The creditor has been served via certified mail #7014 2870 0000 6086 1198 with the Plan dated 1/13/2016-which proposes value of collateral under the same terms as this Motion.